**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-1310MN

Ray G. Mair, individually and as     *
personal representative for the Estate of  *
Juniet N. Mair,     *
    *
         Appellant,     *
    *
    v.     *   Appeal from the United States
    *   District Court for the District
Hagerty, Johnson, Albrightson & Beitz,  *   of Minnesota.
P.A., a Minnesota professional     *
corporation; James Anthony Beitz;     *     [UNPUBLISHED]
David W. Johnson, individually;     *
Popham, Haik, Schnobrich & Kaufman,  *
Ltd., a Minnesota Limited Partnership;  *
Raymond Haik, individually,     *
    *
         Appellees.     *

———————

Submitted:  October 20, 1997
Filed:  October 30, 1997

———————

Before FAGG, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

———————

PER CURIAM.

     Ray G. Mair, individually and as personal representative for the Estate of Juniet N. Mair, appeals the adverse grants of summary judgment to the law firms sued by Mair on state law claims for malpractice.  We review a grant of summary judgment

under a well-established standard.  Because this is a diversity action, we review de novo questions of state law.  Having considered the record and the parties' briefs, we are satisfied the district court correctly applied controlling state law, and the record supports the district court's rulings.  We also conclude a comprehensive opinion in this diversity case would lack precedential value.  We thus affirm on the basis of the district court's rulings without further discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.